```
 1  Michael T. O'HALLORAN, CLS-B (#99085)
    LAW OFFICE OF MICHAEL T. O'HALLORAN
 2  110 West A Street, Suite 1100
    San Diego, CA 92101
 3  Telephone: (619) 233-1727
    mto@debtsd.com
 4
    Ed Chapin (State Bar No. 53287)
 5  Cara Van Dorn (State Bar No. 321699)
    SANFORD HEISLER SHARP, LLP
 6  655 West Broadway, Suite 1700
    San Diego, CA 92101
 7  Telephone: (619)577-4253
    echapin@sanfordheisler.com
 8
    Counsel for JANE DOES 1 THROUGH 22
 9
```

                    UNITED STATES BANKRUPTCY COURT

                     SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 19-00271-LT13 |
|     MICHAEL PRATT, | ) Adversary No. 19-90022-LT |
|                   Debtor. | ) |
| _____ | ) |
| JANE DOES 1 THROUGH 22, | ) PLAINTIFF JANE DOES 1 THROUGH |
| | ) 22'S ACCEPTANCE OF MICHAEL |
|             Plaintiffs, | ) PRATT'S AND AARON SADOCK'S |
| | ) RULE 68 OFFER OF JUDGMENT |
|     v. | ) |
| | ) Date: June 10, 2019 |
| GIRLSDOPORN.COM, | ) Time: 10:00 a.m. |
| MICHAEL PRATT, et al, | ) Dept: 3 |
|             Defendants | ) |
| _____ | ) |

    Plaintiff Jane Does 1 through 22, by and through their attorney of record, Michael T. O'Halloran, hereby give written notice of their acceptance of Michael Pratt's and Aaron Sadock's Rule 68 Offer of Judgment, hereby attached as Exhibit A.

-1-

```
 1   Dated: May 30, 2019              LAW OFFICE OF MICHAEL T. O'HALLORAN
 2
 3                                    By: /s/ Michael T. O'HALLORAN
                                          Michael T. O'HALLORAN
 4                                        Counsel for
                                          Jane Does 1 through 22
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

# EXHIBIT A

Ajay Gupta, Esq. (#242132)
Chris S. Evans, Esq. (#293785)
GUPTA EVANS AND ASSOCIATES, PC
1620 5th Ave., Suite 650
San Diego, CA 92101
Phone: (619) 866-3444
E-mail: ag@socal.law

Attorneys for Defendants

Bradley M. Zamczyk, Esq. (#151753)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Phone: (415) 393-0137
E-mail: bzamczyk@hinshawlaw.com

Attorneys for Aaron Sadock and Panakos Law APC

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: <br><br> MICHAEL J. PRATT <br><br> Debtor | Case No. 19-00271-LT13 <br><br> Chapter 13 <br><br> Hon. Laura S. Taylor |
| JANE DOE NOS. 1 - 22, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL J. PRATT, et al., <br><br> Defendants. | **RESPONDENTS MICHAEL J. PRATT AND AARON SADOCK'S RULE 68 OFFER** <br><br> Hearing Information on Order Extending Time as Docket ID# 57. <br><br> Hearing Date: May 1, 2019 <br> Hearing Time: 2:00 PM <br> Location: Department 3 |

    Pursuant to Rule 68 of the Federal Rules of Civil Procedure, MICHAEL J. PRATT and AARON SADOCK, ("Respondents") hereby offers to allow judgment to be taken against them in *In re Michael J. Pratt*, United States Bankruptcy Court, Southern District of California, Case

**RESPONDENTS MICHAEL J. PRATT AND AARON SADOCK'S RULE 68 OFFER**
Case No. 19-00271-LT13

303766008v1 1018752

No.19-00271-LT13 and in favor of Plaintiffs, JANE DOE NOS. 1-22 ("Plaintiffs") as follows:

1. Judgment shall be entered against Respondents, jointly and severally, in favor of Plaintiffs' in the total amount of $110,000.00 in *In re Michael J. Pratt*, United States Bankruptcy Court, Southern District of California, Case No.19-00271-LT13.

2. The $110,000.00 judgment ("Judgment") to be entered is a full and final settlement of all matters arising out of Case Nos.19-00271-LT13 and 19-90022-LT in the Southern District Bankruptcy Court of California and Case No. 19-CV-160-WQH-BLM in the Southern District Court of California. Specifically, this settlement is intended as a full and final settlement of all issues arising out of Plaintiffs' Motion for Sanctions filed as Docket ID Number 47 in Case Number 19-00271-LT13 ("Motion"). The Judgment shall be joint and several as to Respondents Aaron Sadock and Michael Pratt. Nothing in this settlement shall affect the Plaintiffs' ability to pursue the underlying claims currently pending before Judge Wohlfield in case number 37-2016-00019027-CU-FR-CTL in San Diego Superior Court. The Judgment amount represents full and fair compensation for all reasonable attorneys' fees and costs Plaintiffs incurred in connection with their alleged claims in the Motion.

3. If Respondents' offer is accepted, Plaintiffs agree to release all claims they have or could have brought against Respondents and/or any of their parents, subsidiaries, affiliates, officers, partners, employees, agents, attorneys, successors, predecessors and/or assigns arising of MICHAEL J. PRATT'S January 23, 2019, bankruptcy filing, including all allegations alleged, or which could have been alleged, in response to Respondents' filings and litigation activity in Case Nos.19-00271-LT13 and 19-90022-LT in the Southern District Bankruptcy Court of California and Case No. 19-CV-160-WQH-BLM in the Southern District Court of California, including, but not limited to, any claims for costs, attorneys' fees, statutory penalties, sanctions, damages and interest.

//
//

//

4:  This Offer is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that the Respondents are liable in this action, that the Plaintiffs have suffered any damage, or for any other reason.

Dated April 15, 2018                                **GUPTA EVANS AND ASSOCIATES, PC**

/s/ Ajay Gupta
Ajay Gupta, Esq.
*Attorneys for Defendants*

**HINSHAW & CULBERTSON LLP**

/s/ Bradley M. Zamczyk
Bradley M. Zamczyk, Esq.
*Attorneys for Aaron Sadock and Panakos Law APC*

3

**RESPONDENTS MICHAEL J. PRATT AND AARON SADOCK'S RULE 68 OFFER**
Case No. 19-00271-LT13

303766008v1 1018752

## PROOF OF SERVICE

*In Re Michael Pratt*
US Bankruptcy Court, Southern District of CA, Case No. 19-00271-LT13

I am employed in the City and County of San Francisco. I am over the age of 18 years and not a party to the within entitled action. My business address is Hinshaw & Culbertson, One California Street, 18th Floor, San Francisco, California 94111.

On May 24, 2019, I served the within:

**RESPONDENTS MICHAEL J. PRATT AND AARON SADOCK'S RULE 68 OFFER**

on the following attorney(s) of record and/or interested parties in the above referenced case by depositing a true and correct copy (copies) by the following means:

[ X ]   (BY HAND DELIVERY) By causing hand delivery to the following persons as noted:

[ ]   (BY ELECTRONIC MAIL): By transmitting a true copy thereof to the electronic mail addresses as indicated below.

[ ]   (BY CM/ECF SERVICE):   I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

| **Counsel for Plaintiffs**<br>Ed Chapin<br>Cara Van dorn<br>SANFORD HEISLER SHARP, LLP<br>655 West Broadway, Suite 1700<br>San Diego, CA  92101<br>Tel: (619) 577-4253<br>Email: echapin@sanfordheisler.com | **Counsel for Plaintiffs**<br>John J. O'Brien<br>THE O'BRIEN LAW FIRM<br>750 B Street, Suite 1610<br>San Diego, CA  92101<br>Tel: (619) 535-5151<br>Email: john@theobrienlawfirm.com |
|---|---|
| **Counsel for Plaintiffs**<br>Brian M. Holm<br>HOLM LAW GROUP, PC<br>12636 High Bluff Drive, Suite 400<br>San Diego, CA  92130<br>Tel: (858) 707-5858<br>Email: brian@holmlawgroup.com | |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 24, 2019, at San Francisco, California.

_____
Cynthia Peña

303766809v1 1018752

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | DECLARATION OF SERVICE                                          |
| 2  | I, Michael T. O'Halloran, hereby declare that I am over 18 years of age, a resident of the County of San Diego, State of California, and am not a party to the within adversary proceeding, Jane Does 1 through 22 v. GirlsDoPorn.com, Michael Pratt et al, case no. 19-90022-LT. |

On May 30, 2019, I served the following persons as indicated:

<u>Via NEF service:</u>

> Ajay K. Gupta
> Gupta Evans and Associates, PC
> 1620 5th Avenue, Ste. 650
> San Diego, CA 92101
> (619) 866-3444
> ajay@guptalc.com

> Thomas H. Billingslea, Jr., Esq.
> Billingslea@thb.coxatwork.com

> United States Trustee
> ustp.region15@usdoj.gov

Via EMAIL

> Bradley Zamczyk
> Hinshaw & Culbertson LLP
> One California Street, 18th Fl.
> San Francisco, Ca 94111
> bzamczyk@hinshawlaw.com

<u>Via U.S. Mail, first class postage prepaid thereon</u>:

> Michael J. Pratt
> 10375 Cervaza Baja Drive
> Escondido, CA  92026

> Bradley Zamczyk
> Hinshaw & Culbertson LLP
> One California Street, 18th Fl.
> San Francisco, Ca 94111

the following document:

> PLAINTIFF JANE DOES 1 THROUGH 22'S ACCEPTANCE OF MICHAEL PRATT'S AND AARON SADOCK'S RULE 68 OFFER OF JUDGMENT

-4-

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration is executed on May 30, 2019, at San Diego, California.

/s/ Michael T. O'Halloran
Michael T. O'Halloran
Law Office of Michael T. O'Halloran
110 West A Street, Suite 1100
San Diego, CA 92101

-5-